'08 CIV 3621

JUDGE CHIN

RECEIVED
APR 15 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFFS
GULF NAVIGATION HOLDING PJSC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GULF NAVIGATION HOLDING PJSC<br><br>        Plaintiffs,<br><br>     -against-<br><br>DELFI S.A.,<br><br>        Defendants. | **VERIFIED<br>COMPLAINT** |

Plaintiffs, Gulf Navigation Holding PJSC ("Gulf Navigation" or "Plaintiff"), by and through their attorneys, Holland & Knight LLP, for its verified complaint against defendants, Delfi S.A. ("Delfi" or "Defendants"), alleges as follows:

1. This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. At all times material herein, Gulf Navigation was and is a business entity organized and existing under the laws of Dubai.

3.  Upon information and belief, at all times material herein, defendant Delfi was and is a business entity organized and existing under the laws of Greece with its principal place of business at Skouze Str. 14, 18535 Piraeus, Greece.

4.  From 2004 through on or about December 23, 2007, Gulf Navigation provided on a tariff basis agreement various vessel agency, supply and husbandry services on the order of Delfi ("the services") in respect of their vessels calling off Fujairah and Khorfakkan in the United Arab Emirates (approximately 360 separate services), including services to vessels owned, managed and/or operated by Imperial Maritime Services vessels which Delfi has undertook to pay as a parent company.  A spreadsheet containing the aggregate charges for these services is annexed as Exhibit 1.

5.  On or about December 23, 2007 Gulf Navigation ceased providing services for Delfi vessels due to non-payment on part of Delfi. Delfi's failure to pay for the services provided was a breach of the agreements made between Gulf Navigation and Delfi based on a tariff proposal last dated on March 23, 2005.

6.  As a result of the breach, Gulf Navigation has suffered loss of earnings for the services provided.

7.  Based on Gulf Navigation's loss of earnings, Delfi has damaged Gulf Navigation in an amount estimated to be US$164,231.77.

8.  Upon information and belief, it will take approximately two years to bring this dispute to conclusion, resulting in the following estimated interest to accrue:

| | | |
|---|---|---|
| Interest: | $ | 17, 244.34 ($164,231.77 x 0.0525/year x 2 years) |
| Total Principal Claim: | $ | 164,231.77 |
| Total Sought: | **$** | **181,476.11** |

9. Defendant is not found within the Southern District of New York but do have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name(s) of Delfi S.A. with, upon information and belief, the following financial institutions:  Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; or any other financial institution within the Southern District of New York.

**WHEREFORE**, Plaintiff demands judgment as follows:

1.   That a summons with process of attachment and garnishment may issue against the defendant, Delfi S.A.; and if defendant cannot be found, then that its goods, chattels and credits within the district, and particularly all bank accounts and other property of Delfi S.A. with the financial institutions noted above in paragraph 9, may be attached in an amount sufficient to answer plaintiff's claim;

2.   That defendant Delfi S.A. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3.      That judgment be entered in favor of Gulf Navigation Holding PJSC and against Delfi S.A. in the amount of US$181,476.11; and,

4.    That this Court grant Gulf Navigation Holding PJSC such other and further relief which it may deem just and proper.

Dated: New York, New York
       April 15, 2008

                        HOLLAND & KNIGHT LLP

               By:    _____
                        Michael J. Frevola
                        Christopher R. Nolan
                        195 Broadway
                        New York, NY 10007-3189
                        Tel:    (212) 513-3200
                        Fax:    (212) 385-9010

                        *Attorneys for Plaintiffs*
                        *Gulf Navigation Holding PJSC*

## VERIFICATION

STATE OF NEW YORK        )

                              :ss.:

COUNTY OF NEW YORK      )

MICHAEL J. FREVOLA, being duly sworn, deposes and says:

    I am a member of the firm of Holland & Knight LLP, counsel for Gulf Navigation Holding PJSC ("Plaintiff"), plaintiff in the foregoing action. I have read the foregoing Verified Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Plaintiff and corresponded with Plaintiff's representatives regarding this matter. I am authorized by Plaintiff to make this verification, and the reason for my making it as opposed to an officer or director of Plaintiff is that there are none within the jurisdiction of this Honorable Court.

                                          _____

                                            Michael J. Frevola

Sworn to before me this
15th day of April, 2008

_____

Notary Public

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010____

# 5269973_v1

# EXHIBIT 1

**Gulf Navigation Holding PJSC**

32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

**Agency Division**
**Customer Ageing (Detailed)**
**As of  04/03/2008**

**DELFI SA**

CURRENCY : U.S. DOLLARS

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GNF\FUJ\SI\06\454 | 31/10/2006 | 491 | 259.08 | - | - | - | - | - | 259.08 |
| 2 | GNF\FUJ\SI\06\455 | 31/10/2006 | 491 | 1,428.00 | - | - | - | - | - | 1,428.00 |
| 3 | GNF\FUJ\SI\06\456 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 4 | GNF\FUJ\SI\06\457 | 31/10/2006 | 491 | 1,693.06 | - | - | - | - | - | 1,693.06 |
| 5 | GNF\FUJ\SI\06\459 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 6 | GNF\FUJ\SI\06\460 | 31/10/2006 | 491 | 1,922.42 | - | - | - | - | - | 1,922.42 |
| 7 | GNF\FUJ\SI\06\461 | 31/10/2006 | 491 | 680.42 | - | - | - | - | - | 680.42 |
| 8 | GNF\FUJ\SI\06\462 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 9 | GNF\FUJ\SI\06\464 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 10 | GNF\FUJ\SI\06\465 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 11 | GNF\FUJ\SI\06\466 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 12 | GNF\FUJ\SI\06\468 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 13 | GNF\FUJ\SI\06\470 | 31/10/2006 | 491 | 580.00 | - | - | - | - | - | 580.00 |
| 14 | GNF\FUJ\SI\06\477 | 31/10/2006 | 491 | 609.00 | - | - | - | - | - | 609.00 |
| 15 | GNF\FUJ\SI\06\479 | 31/10/2006 | 491 | 709.00 | - | - | - | - | - | 709.00 |
| 16 | GNF\FUJ\SI\06\480 | 31/10/2006 | 491 | 709.00 | - | - | - | - | - | 709.00 |
| 17 | GNF\FUJ\SI\06\481 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 18 | GNF\FUJ\SI\06\482 | 31/10/2006 | 491 | 912.65 | - | - | - | - | - | 912.65 |
| 19 | GNF\FUJ\SI\06\483 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 20 | GNF\FUJ\SI\06\484 | 31/10/2006 | 491 | 1,018.00 | - | - | - | - | - | 1,018.00 |
| 21 | GNF\FUJ\SI\06\485 | 31/10/2006 | 491 | 1,245.96 | - | - | - | - | - | 1,245.96 |
| 22 | GNF\FUJ\SI\06\498 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 23 | GNF\FUJ\SI\06\501 | 31/10/2006 | 491 | 993.04 | - | - | - | - | - | 993.04 |
| 24 | GNF\FUJ\SI\06\503 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 25 | GNF\FUJ\SI\06\506 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 26 | GNF\FUJ\SI\06\507 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 27 | GNF\FUJ\SI\06\515 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 28 | GNF\FUJ\SI\06\525 | 30/11/2006 | 461 | 759.00 | - | - | - | - | - | 759.00 |
| 29 | GNF\FUJ\SI\06\529 | 30/11/2006 | 461 | 1,439.00 | - | - | - | - | - | 1,439.00 |
| 30 | GNF\FUJ\SI\06\537 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 31 | GNF\FUJ\SI\06\538 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |

**Gulf Navigation Holding PJSC**
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 32 | GNF\FUJ\SI\06\544 | 30/11/2006 | 461 | 1,572.00 | - | - | - | - | - | 1,572.00 |
| 33 | GNF\FUJ\SI\06\545 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 34 | GNF\FUJ\SI\06\546 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 35 | GNF\FUJ\SI\06\548 | 30/11/2006 | 461 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 36 | GNF\FUJ\SI\06\549 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 37 | GNF\FUJ\SI\06\564 | 30/11/2006 | 461 | 690.00 | - | - | - | - | - | 690.00 |
| 38 | GNF\FUJ\SI\06\569 | 30/11/2006 | 461 | 1,020.00 | - | - | - | - | - | 1,020.00 |
| 39 | GNF\FUJ\SI\06\578 | 30/11/2006 | 461 | 470.00 | - | - | - | - | - | 470.00 |
| 40 | GNF\FUJ\SI\06\587 | 30/11/2006 | 461 | 759.00 | - | - | - | - | - | 759.00 |
| 41 | GNF\FUJ\SI\06\604 | 28/12/2006 | 433 | 1,184.00 | - | - | - | - | - | 1,184.00 |
| 42 | GNF\FUJ\SI\06\605 | 28/12/2006 | 433 | 1,093.50 | - | - | - | - | - | 1,093.50 |
| 43 | GNF\FUJ\SI\06\615 | 28/12/2006 | 433 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 44 | GNF\FUJ\SI\06\616 | 28/12/2006 | 433 | 609.00 | - | - | - | - | - | 609.00 |
| 45 | GNF\FUJ\SI\06\617 | 28/12/2006 | 433 | 1,259.00 | - | - | - | - | - | 1,259.00 |
| 46 | GNF\FUJ\SI\06\618 | 28/12/2006 | 433 | 509.00 | - | - | - | - | - | 509.00 |
| 47 | GNF\FUJ\SI\06\619 | 28/12/2006 | 433 | 1,133.04 | - | - | - | - | - | 1,133.04 |
| 48 | GNF\FUJ\SI\06\620 | 28/12/2006 | 433 | 509.00 | - | - | - | - | - | 509.00 |
| 49 | GNF\FUJ\SI\06\623 | 28/12/2006 | 433 | 360.00 | - | - | - | - | - | 360.00 |
| 50 | GNF\FUJ\SI\06\630 | 28/12/2006 | 433 | 584.00 | - | - | - | - | - | 584.00 |
| 51 | GNF\FUJ\SI\06\631 | 28/12/2006 | 433 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 52 | GNF\FUJ\SI\06\632 | 28/12/2006 | 433 | 559.00 | - | - | - | - | - | 559.00 |
| 53 | GNF\FUJ\SI\06\633 | 28/12/2006 | 433.00 | 745.00 | - | - | - | - | - | 745.00 |
| 54 | GNF\FUJ\SI\06\642 | 28/12/2006 | 433.00 | 470.00 | - | - | - | - | - | 470.00 |
| 55 | GNF\FUJ\SI\06\650 | 28/12/2006 | 433.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 56 | GNF\FUJ\SI\06\651 | 28/12/2006 | 433.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 57 | GNF\FUJ\SI\06\654 | 31/12/2006 | 430.00 | 580.00 | - | - | - | - | - | 580.00 |
| 58 | GNF\FUJ\SI\06\655 | 31/12/2006 | 430.00 | 559.00 | - | - | - | - | - | 559.00 |
| 59 | GNF\FUJ\SI\06\656 | 31/12/2006 | 430.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 60 | GNF\FUJ\SI\06\658 | 31/12/2006 | 430.00 | 609.00 | - | - | - | - | - | 609.00 |
| 61 | GNF\FUJ\SI\07\15 | 31/01/2007 | 399.00 | 249.30 | - | - | - | - | - | 249.30 |
| 62 | GNF\FUJ\SI\07\20 | 31/01/2007 | 399.00 | 849.00 | - | - | - | - | - | 849.00 |
| 63 | GNF\FUJ\SI\07\22 | 31/01/2007 | 399.00 | 709.00 | - | - | - | - | - | 709.00 |
| 64 | GNF\FUJ\SI\07\23 | 31/01/2007 | 399.00 | 659.00 | - | - | - | - | - | 659.00 |
| 65 | GNF\FUJ\SI\07\24 | 31/01/2007 | 399.00 | 609.00 | - | - | - | - | - | 609.00 |
| 66 | GNF\FUJ\SI\07\25 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 67 | GNF\FUJ\SI\07\28 | 31/01/2007 | 399.00 | 990.50 | - | - | - | - | - | 990.50 |

**Gulf Navigation Holding PJSC**

32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 68 | GNF\FUJ\SI\07\29 | 31/01/2007 | 399.00 | 1,179.00 | - | - | - | - | - | 1,179.00 |
| 69 | GNF\FUJ\SI\07\3 | 31/01/2007 | 399.00 | 580.00 | - | - | - | - | - | 580.00 |
| 70 | GNF\FUJ\SI\07\31 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 71 | GNF\FUJ\SI\07\32 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 72 | GNF\FUJ\SI\07\33 | 31/01/2007 | 399.00 | 612.50 | - | - | - | - | - | 612.50 |
| 73 | GNF\FUJ\SI\07\34 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 74 | GNF\FUJ\SI\07\35 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 75 | GNF\FUJ\SI\07\36 | 31/01/2007 | 399.00 | 734.00 | - | - | - | - | - | 734.00 |
| 76 | GNF\FUJ\SI\07\40 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 77 | GNF\FUJ\SI\07\41 | 31/01/2007 | 399.00 | 1,043.00 | - | - | - | - | - | 1,043.00 |
| 78 | GNF\FUJ\SI\07\47 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 79 | GNF\FUJ\SI\07\48 | 31/01/2007 | 399.00 | 659.00 | - | - | - | - | - | 659.00 |
| 80 | GNF\FUJ\SI\07\52 | 31/01/2007 | 399.00 | 937.50 | - | - | - | - | - | 937.50 |
| 81 | GNF\FUJ\SI\07\67 | 27/02/2007 | 372.00 | 693.50 | - | - | - | - | - | 693.50 |
| 82 | GNF\FUJ\SI\07\88 | 27/02/2007 | 372.00 | 634.00 | - | - | - | - | - | 634.00 |
| 83 | GNF\FUJ\SI\07\111 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 84 | GNF\FUJ\SI\07\113 | 28/02/2007 | 371.00 | 1,032.50 | - | - | - | - | - | 1,032.50 |
| 85 | GNF\FUJ\SI\07\117 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 86 | GNF\FUJ\SI\07\118 | 28/02/2007 | 371.00 | 1,578.00 | - | - | - | - | - | 1,578.00 |
| 87 | GNF\FUJ\SI\07\89 | 28/02/2007 | 371.00 | 784.00 | - | - | - | - | - | 784.00 |
| 88 | GNF\FUJ\SI\07\91 | 28/02/2007 | 371.00 | 684.00 | - | - | - | - | - | 684.00 |
| 89 | GNF\FUJ\SI\07\92 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 90 | GNF\FUJ\SI\07\93 | 28/02/2007 | 371.00 | 684.00 | - | - | - | - | - | 684.00 |
| 91 | GNF\FUJ\SI\07\94 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 92 | GNF\FUJ\SI\07\143 | 31/03/2007 | 340.00 | 1,531.50 | - | - | - | - | - | 1,531.50 |
| 93 | GNF\FUJ\SI\07\144 | 31/03/2007 | 340.00 | 1,212.50 | - | - | - | - | - | 1,212.50 |
| 94 | GNF\FUJ\SI\07\161 | 31/03/2007 | 340.00 | 509.00 | - | - | - | - | - | 509.00 |
| 95 | GNF\FUJ\SI\07\162 | 31/03/2007 | 340.00 | 1,123.08 | - | - | - | - | - | 1,123.08 |
| 96 | GNF\FUJ\SI\07\163 | 31/03/2007 | 340.00 | 1,038.00 | - | - | - | - | - | 1,038.00 |
| 97 | GNF\FUJ\SI\07\198 | 29/04/2007 | 311.00 | 1,672.00 | - | - | - | - | - | 1,672.00 |
| 98 | GNF\FUJ\SI\07\201 | 29/04/2007 | 311.00 | 684.00 | - | - | - | - | - | 684.00 |
| 99 | GNF\FUJ\SI\07\202 | 29/04/2007 | 311.00 | 1,281.00 | - | - | - | - | - | 1,281.00 |
| 100 | GNF\FUJ\SI\07\218 | 29/04/2007 | 311.00 | 1,193.00 | - | - | - | - | - | 1,193.00 |
| 101 | GNF\FUJ\SI\07\224 | 30/04/2007 | 310.00 | 2,779.50 | - | - | - | - | - | 2,779.50 |
| 102 | GNF\FUJ\SI\07\226 | 30/04/2007 | 310.00 | 1,193.00 | - | - | - | - | - | 1,193.00 |
| 103 | GNF\FUJ\SI\07\228 | 30/04/2007 | 310.00 | 634.00 | - | - | - | - | - | 634.00 |

**Gulf Navigation Holding PJSC**

32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 104 | GNF\FUJ\SI\07\266 | 28/05/2007 | 282.00 | 634.00 | - | - | - | - | - | 634.00 |
| 105 | GNF\FUJ\SI\07\280 | 31/05/2007 | 279.00 | 634.00 | - | - | - | - | - | 634.00 |
| 106 | GNF\FUJ\SI\07\291 | 31/05/2007 | 279.00 | 1,596.00 | - | - | - | - | - | 1,596.00 |
| 107 | GNF\FUJ\SI\07\292 | 31/05/2007 | 279.00 | 509.00 | - | - | - | - | - | 509.00 |
| 108 | GNF\FUJ\SI\07\313 | 26/06/2007 | 253.00 | 529.00 | - | - | - | - | - | 529.00 |
| 109 | GNF\FUJ\SI\07\314 | 26/06/2007 | 253.00 | 833.50 | - | - | - | - | - | 833.50 |
| 110 | GNF\FUJ\SI\07\355 | 30/06/2007 | 249.00 | 609.00 | - | - | - | - | - | 609.00 |
| 111 | GNF\FUJ\SI\07\356 | 30/06/2007 | 249.00 | 609.00 | - | - | - | - | - | 609.00 |
| 112 | GNF\FUJ\SI\07\357 | 30/06/2007 | 249.00 | 1,058.00 | - | - | - | - | - | 1,058.00 |
| 113 | GNF\FUJ\SI\07\359 | 30/06/2007 | 249.00 | 2,645.00 | - | - | - | - | - | 2,645.00 |
| 114 | GNF\FUJ\SI\07\369 | 30/06/2007 | 249.00 | 634.00 | - | - | - | - | - | 634.00 |
| 115 | GNF\FUJ\SI\07\370 | 30/06/2007 | 249.00 | 653.00 | - | - | - | - | - | 653.00 |
| 116 | GNF\FUJ\SI\07\379 | 24/07/2007 | 225.00 | 1,587.00 | - | - | - | - | - | 1,587.00 |
| 117 | GNF\FUJ\SI\07\380 | 24/07/2007 | 225.00 | 509.00 | - | - | - | - | - | 509.00 |
| 118 | GNF\FUJ\SI\07\467 | 8/8/2007 | 210.00 | 500.00 | - | - | - | - | - | 500.00 |
| 119 | GNF\FUJ\SI\07\468 | 8/8/2007 | 210.00 | 543.50 | - | - | - | - | - | 543.50 |
| 120 | GNF\FUJ\SI\07\470 | 8/8/2007 | 210.00 | 1,052.50 | - | - | - | - | - | 1,052.50 |
| 121 | GNF\FUJ\SI\07\471 | 8/8/2007 | 210.00 | 1,018.00 | - | - | - | - | - | 1,018.00 |
| 122 | GNF\FUJ\SI\07\472 | 8/8/2007 | 210.00 | 640.97 | - | - | - | - | - | 640.97 |
| 123 | GNF\FUJ\SI\07\473 | 8/8/2007 | 210.00 | 400.00 | - | - | - | - | - | 400.00 |
| 124 | GNF\FUJ\SI\07\487 | 28/08/2007 | 190.00 | 689.33 | - | - | - | - | - | 689.33 |
| 125 | GNF\FUJ\SI\07\489 | 28/08/2007 | 190.00 | 2,056.00 | - | - | - | - | - | 2,056.00 |
| 126 | GNF\FUJ\SI\07\490 | 28/08/2007 | 190.00 | 4,053.32 | - | - | - | - | - | 4,053.32 |
| 127 | GNF\FUJ\SI\07\491 | 28/08/2007 | 190.00 | 563.50 | - | - | - | - | - | 563.50 |
| 128 | GNF\FUJ\SI\07\492 | 28/08/2007 | 190.00 | 584.00 | - | - | - | - | - | 584.00 |
| 129 | GNF\FUJ\SI\07\494 | 28/08/2007 | 190.00 | 400.00 | - | - | - | - | - | 400.00 |
| 130 | GNF\FUJ\SI\07\543 | 9/9/2007 | 178.00 | 4,818.08 | - | - | - | - | - | 4,818.08 |
| 131 | GNF\FUJ\SI\07\614 | 30/09/2007 | 157.00 | 1,701.68 | - | - | - | - | - | 1,701.68 |
| 132 | GNF\FUJ\SI\07\615 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 133 | GNF\FUJ\SI\07\616 | 30/09/2007 | 157.00 | 578.00 | - | - | - | - | - | 578.00 |
| 134 | GNF\FUJ\SI\07\617 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 135 | GNF\FUJ\SI\07\618 | 30/09/2007 | 157.00 | 3,175.33 | - | - | - | - | - | 3,175.33 |
| 136 | GNF\FUJ\SI\07\619 | 30/09/2007 | 157.00 | 529.00 | - | - | - | - | - | 529.00 |
| 137 | GNF\KFK\SI\07\249 | 30/09/2007 | 157.00 | 2,268.97 | - | - | - | - | - | 2,268.97 |
| 138 | GNF\KFK\SI\07\251 | 30/09/2007 | 157.00 | 4,207.79 | - | - | - | - | - | 4,207.79 |
| 139 | GNF\KFK\SI\07\252 | 30/09/2007 | 157.00 | 2,599.93 | - | - | - | - | - | 2,599.93 |

32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 140 | GNF\KFK\SI\07\253 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 141 | GNF\KFK\SI\07\254 | 30/09/2007 | 157.00 | 1,970.93 | - | - | - | - | - | 1,970.93 |
| 142 | GNF\KFK\SI\07\255 | 30/09/2007 | 157.00 | 3,699.79 | - | - | - | - | - | 3,699.79 |
| 143 | GNF\KFK\SI\07\256 | 30/09/2007 | 157.00 | 2,330.76 | - | - | - | - | - | 2,330.76 |
| 144 | GNF\KFK\SI\07\258 | 30/09/2007 | 157.00 | 632.83 | - | - | - | - | - | 632.83 |
| 145 | GNF\KFK\SI\07\293 | 29/10/2007 | 128.00 | 2,207.67 | - | - | - | - | 2,207.67 | - |
| 146 | GNF\KFK\SI\07\297 | 29/10/2007 | 128.00 | 3,704.97 | - | - | - | - | 3,704.97 | - |
| 147 | GNF\KFK\SI\07\306 | 13/11/2007 | 113.00 | 1,018.00 | - | - | - | 1,018.00 | - | - |
| 148 | GNF\KFK\SI\07\307 | 13/11/2007 | 113.00 | 140.00 | - | - | - | 140.00 | - | - |
| 149 | GNF\KFK\SI\07\342 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 150 | GNF\KFK\SI\07\343 | 30/11/2007 | 96.00 | 723.50 | - | - | - | 723.50 | - | - |
| 151 | GNF\KFK\SI\07\344 | 30/11/2007 | 96.00 | 140.00 | - | - | - | 140.00 | - | - |
| 152 | GNF\KFK\SI\07\345 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 153 | GNF\KFK\SI\07\346 | 30/11/2007 | 96.00 | 2,343.76 | - | - | - | 2,343.76 | - | - |
| 154 | GNF\KFK\SI\07\347 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 155 | GNF\KFK\SI\07\356 | 12/12/2007 | 84.00 | 1,038.00 | - | - | 1,038.00 | - | - | - |
| 156 | GNF\KFK\SI\07\362 | 23/12/2007 | 73.00 | 1,870.44 | - | - | 1,870.44 | - | - | - |
| 157 | GNF\KFK\SI\07\363 | 23/12/2007 | 73.00 | 649.00 | - | - | 649.00 | - | - | - |
| 158 | GNF\KFK\SI\07\365 | 23/12/2007 | 73.00 | 1,009.00 | - | - | 1,009.00 | - | - | - |
| 159 | GNF\KFK\SI\07\368 | 23/12/2007 | 73.00 | 509.00 | - | - | 509.00 | - | - | - |
| | **Grand Total** | | | **159,297.60** | **-** | **-** | **5,075.44** | **5,892.26** | **5,912.64** | **142,417.26** |

**Gulf Navigation Holding PJSC**
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

**Agency Division**
**Customer Ageing (Detailed)**
As of  04/03/2008

Imperial Marine Services

CURRENCY : U.S. DOLLARS

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|-----|-----------|------|------|---------|------|-------|-------|--------|---------|-----------|
| 1 | GNF\FUJ\SI\06\385 | 28/09/2006 | 524 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 2 | GNF\FUJ\SI\06\439 | 30/09/2006 | 522 | 594.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 594.26 |
| 3 | GNF\FUJ\SI\06\571 | 30/11/2006 | 461 | 457.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 457.65 |
| 4 | GNF\FUJ\SI\06\572 | 30/11/2006 | 461 | 437.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.16 |
| 5 | GNF\FUJ\SI\07\387 | 24/07/2007 | 225 | 3445.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3445.09 |
| | **Grand Total** | | | **4934.17** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4934.17** |