'08 CIV 3621

Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR PLAINTIFF
GULF NAVIGATION HOLDING PJSC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GULF NAVIGATION HOLDING PJSC,

   Plaintiff,

-against-

DELFI S.A.,

   Defendant.

08 Civ. ____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

  I, Michael J. Frevola, attorney for Plaintiff Gulf Navigation Holding PJSC, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

  Gulf Navigation Holding PJSC is publicly traded on the Dubai Stock Exchange.

Dated: New York, New York
    April 15, 2008

            HOLLAND & KNIGHT LLP

        By: _/s/ Michael J. Frevola_
          Michael J. Frevola
          Christopher R. Nolan
          195 Broadway
          New York, NY 10007-3189
          Tel: (212) 513-3200
          Fax: (212) 385-9010

          *Attorneys for Plaintiff*
          *Gulf Navigation Holding PJSC*

# 5270033_v1