Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200



ATTORNEYS FOR PLAINTIFFS
GULF NAVIGATION HOLDING PJSC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



GULF NAVIGATION HOLDING PJSC

        Plaintiffs,

       -against-

DELFI S.A., IMPERIAL MARINE SERVICES,
INTERNATIONAL MARINE SERVICES S.A. a/k/a IMS
S.A., IMS GROUP, IMS OIL TRADING LTD., IMS
CHARTERING, IMS BROKERING, IMS SHIP
MANAGEMENT, IMS MANAGEMENT, STOLSHIP
NAVIGATION CO. LTD., PRESTIGE MARITIME CORP.,
RAMOS ENTERPRISES LTD., EASY BIZ
INVESTMENTS INC., GLORY NAVIGATION S.A.,
SETH TRADING, MELINDA HOLDINGS S.A.,
SKAWHEGAN ENTERPRISES INC., VINEHALL
INVESTMENTS CO., and WHITE PEARL HOLDING
S.A.,

        Defendants.

08 Civ. 3621 (DC)

**VERIFIED
AMENDED
<u>COMPLAINT</u>**

       Plaintiffs, Gulf Navigation Holding PJSC ("Gulf Navigation" or "Plaintiff"), by and

through their attorneys, Holland & Knight LLP, for its verified amended complaint against

defendants, Delfi S.A. ("Delfi"), Imperial Marine Services ("Imperial"), International Marine Services S.A. a/k/a IMS S.A., ("International"), IMS Group, IMS Oil Trading Ltd. ("Oil"), IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd. ("Stolship"), Prestige Maritime Corp. ("Prestige"), Ramos Enterprises Ltd. ("Ramos"), Easy Biz Investments Inc. ("Easy Biz"), Glory Navigation S.A. ("Glory"), Seth Trading ("Seth"), Melinda Holdings S.A. ("Melinda"), Skawhegan Enterprises Inc. ("Skawhegan"), Vinehall Investments Co. ("Vinehall"), and White Pearl Holding S.A. ("White Pearl") (collectively "Defendants") alleges as follows:

1.    This is a case of admiralty and maritime jurisdiction as hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2.    At all times material herein, Gulf Navigation was and is a business entity organized and existing under the laws of the United Arab Emirates.

3.    Upon information and belief, at all times material herein, defendant Delfi was and is a business entity organized and existing under the laws of Greece with its principal place of business at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

4.    Upon information and belief, at all times material herein, defendant Imperial was and is a business entity organized and existing under the laws of the United Arab Emirates with its principal place of business at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

5.    Upon information and belief, at all times material herein, defendant International was and is a business entity organized and existing under the laws of Greece with its principal

place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

6.    Upon information and belief, at all times material herein, defendant Oil was and is a business entity organized and existing under the laws of Greece with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

7.    Upon information and belief, at all times material herein, defendant IMS Chartering was and is a business entity organized and existing under the laws of Greece with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

8.    Upon information and belief, at all times material herein, defendant IMS Brokering was and is a business entity organized and existing under the laws of Greece with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

9.    Upon information and belief, at all times material herein, defendant IMS Ship Management was and is a business entity organized and existing under the laws of Greece with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

10.    Upon information and belief, at all times material herein, defendant IMS Management was and is a business entity organized and existing under the laws of Greece with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

11.    Upon information and belief, at all times material herein, defendant Stolship was and is a business organized and existing under the laws of a foreign state with an address care of

Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

      12.     Upon information and belief, at all times material herein, defendant Prestige was and is a business organized and existing under the laws of a foreign state with its principal place of business as Trust Company Complex, Ajeltake Island, P.O. Box 1105, Majuro, Marshall Islands.

      13.     Upon information and belief, at all times material herein, defendant Ramos was and is a business organized and existing under the laws of a foreign state with an address care of Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece.

      14.     Upon information and belief, at all times material herein, defendant Easy Biz was and is a business organized and existing under the laws of a foreign state with its principal place of business at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

      15.     Upon information and belief, at all times material herein, defendant Glory was and is a business organized and existing under the laws of a foreign state with its principal place of business at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

      16.     Upon information and belief, at all times material herein, defendant Seth was and is a business organized and existing under the laws of a foreign state with an address care of Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

4

17.    Upon information and belief, at all times material herein, defendant Melinda was and is a business organized and existing under the laws of a foreign state with its principal place of business at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

18.    Upon information and belief, at all times material herein, defendant Skawhegan was and is a business organized and existing under the laws of a foreign state with an address care of Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

19.    Upon information and belief, at all times material herein, defendant Vinehall was and is a business organized and existing under the laws of a foreign state with an address care of Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

20.    Upon information and belief, at all times material herein, defendant White Pearl was and is a business organized and existing under the laws of a foreign state with an address care of Delfi S.A., at Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece.

21.    From 2004 through on or about December 23, 2007, Gulf Navigation provided on a tariff basis agreement various vessel agency, supply and husbandry services on the order of Delfi ("the services") in respect to the Defendants' vessels calling off Fujairah and Khorfakkan in the United Arab Emirates (approximately 360 separate services). Delfi acts as the ship manager for a fleet of vessels beneficially owned by International as further described below. A spreadsheet containing the aggregate charges for these services is annexed as Exhibit 1.

22.    On or about December 23, 2007 Gulf Navigation ceased providing services for the Defendants' vessels due to non-payment on the part of the Defendants. The Defendants' failure to pay for the services provided was a breach of the agreements made between Gulf Navigation and Delfi based on a tariff proposal last dated on March 23, 2005.

23.    As a result of the breach, Gulf Navigation has suffered loss of earnings for the services provided.

24.    Based on the Defendants' failure to pay for services provided by Gulf Navigation, the Defendants' have damaged Gulf Navigation in an amount estimated to be US$169,165.94.

25.    As guarantor, Delfi is liable to Gulf Navigation for the entire principal claim of US$169,165.94. The remainder of the Defendants are not liable for the total sum for which Delfi is liable, but are liable for the unpaid services provided each individual defendant's vessel.

26.    Upon information and belief, it will take approximately two years to bring this dispute to conclusion, resulting in the following estimated interest to accrue:

| Interest: | $ 17,762.42 ($169,165.94 x 0.0525/year x 2 years) |
| Total Principal Claim: | $ 169,165.94 |
| Total Sought: | **$ 186,928.36** |

## GULF NAVIGATION'S ALTER EGO ALLEGATIONS AGAINST DEFENDANTS

27.    As mentioned above and as more fully alleged below, some or all of the Defendants, including Delfi, are members of the International group of companies headquartered in the International Marine Services Building, 6-8 Aitolikou Street, Piraeus, 18545, Greece and are the alter egos of International or, alternatively, are the corporate arms and/or departmets of

International. Alternatively, International so dominates the rest of the Defendants that this Court should disregard the corporate veils between the Defendants.

28.     All of the Defendants have the same addresses or are managed care of the same addresses: Skouze Str. 14, 18535 Piraeus, Greece and/or at International Marine Services Building, 6-8 Aitolikou Street, 18545, Piraeus, Greece. From industry periodicals reviewed, it appears that International recently moved its operations from the Skouze Street address to its own building in Piraeus, from which management of the entire International group is conducted through International's various corporate arms, departments, and/or alter egos.

29.     While the vessels to which Gulf Navigation provided services all are owned by the respective single ship owning companies listed as defendants herein, International is listed as the beneficial owner of all of the vessels to which Gulf Navigation provided services.

30.     International's ship manager, Delfi, has offices in the same building as International and dominates the single ship owning companies by managing their operations, undertaking the payment of their contractual obligations repeatedly (as here more than 350 separate times), paying those obligations, and essentially holding itself out as the owner on behalf of the International group.

31.     Upon information and belief, International or one of its alter egos, corporate arms or departments receives hire payments on behalf of the single ship owning companies listed as defendants herein, all of which payments are received for the ultimate benefit of International.

32.     Because of the actions of the Defendants recited above, in addition to other actions yet to be discovered, Defendants are liable to Gulf Navigation either (i) as alter-egos and/or corporate arms of the same company, International, for which Delfi acts as the ship

7

manager, or (ii) on grounds that Delfi's actions as the corporate front for International require this Court to disregard the Defendants' corporate veils and treat Defendants as a single entity.

33.    Defendants are not found within the Southern District of New York but do have assets, good or chattels within the jurisdiction, to wit: funds or accounts held in the name(s) of Delfi S.A., Imperial Marine Services, International Marine Services S.A. a/k/a IMS S.A., IMS Group, IMS Oil Trading Ltd., IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd., Prestige Maritime Corp., Ramos Enterprises Ltd., Easy Biz Investments Inc., Glory Navigation S.A., Seth Trading, Melinda Holdings S.A., Skawhegan Enterprises Inc., Vinehall Investments Co., and/or White Pearl Holding S.A. with, upon information and belief, the following financial institutions:  Bank of America, N.A.; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; or any other financial institution within the Southern District of New York.

**WHEREFORE**, Plaintiff demands judgment as follows:

1.    That a summons with process of attachment and garnishment may issue against the defendants, Delfi S.A., Imperial Marine Services, International Marine Services S.A. a/k/a IMS S.A., IMS Group, IMS Oil Trading Ltd., IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd., Prestige Maritime Corp., Ramos Enterprises Ltd., Easy Biz Investments Inc., Glory Navigation S.A., Seth Trading, Melinda Holdings S.A., Skawhegan Enterprises Inc., Vinehall Investments Co., and White Pearl Holding

S.A.; and if defendants cannot be found, then that their goods, chattels and credits within the district, and particularly all bank accounts and other property of Delfi S.A., Imperial Marine Services, International Marine Services S.A. a/k/a IMS S.A., IMS Group, IMS Oil Trading Ltd., IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd., Prestige Maritime Corp., Ramos Enterprises Ltd., Easy Biz Investments Inc., Glory Navigation S.A., Seth Trading, Melinda Holdings S.A., Skawhegan Enterprises Inc., Vinehall Investments Co., and White Pearl Holding S.A. with the financial institutions noted above in paragraph 33, may be attached in an amount sufficient to answer plaintiff's claim;

2.   That defendants Delfi S.A., Imperial Marine Services, International Marine Services S.A. a/k/a IMS S.A., IMS Group, IMS Oil Trading Ltd., IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd., Prestige Maritime Corp., Ramos Enterprises Ltd., Easy Biz Investments Inc., Glory Navigation S.A., Seth Trading, Melinda Holdings S.A., Skawhegan Enterprises Inc., Vinehall Investments Co., and White Pearl Holding S.A. and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

3.   That judgment be entered in favor of Gulf Navigation Holding PJSC and against Delfi S.A., Imperial Marine Services, International Marine Services S.A. a/k/a IMS S.A., IMS Group, IMS Oil Trading Ltd., IMS Chartering, IMS Brokering, IMS Ship Management, IMS Management, Stolship Navigation Co. Ltd., Prestige Maritime Corp., Ramos Enterprises Ltd., Easy Biz Investments Inc., Glory Navigation S.A., Seth Trading, Melinda Holdings S.A., Skawhegan Enterprises Inc., Vinehall Investments Co., and White Pearl Holding S.A. in the amount of US$186,928.36; and,

4.     That this Court grant Gulf Navigation Holding PJSC such other and further relief which it may deem just and proper.

Dated: New York, New York
       May 19, 2008

                                        HOLLAND & KNIGHT LLP

                              By: _____
                                        Michael J. Frevola
                                        Christopher R. Nolan
                                        195 Broadway
                                        New York, NY 10007-3189
                                        Tel:    (212) 513-3200
                                        Fax:    (212) 385-9010

                                        *Attorneys for Plaintiffs*
                                        *Gulf Navigation Holding PJSC*

## **VERIFICATION**

STATE OF NEW YORK           )

                                        :ss.:

COUNTY OF NEW YORK       )

MICHAEL J. FREVOLA, being duly sworn, deposes and says:

    I am a member of the firm of Holland & Knight LLP, counsel for Gulf Navigation Holding PJSC ("Plaintiff"), plaintiff in the foregoing action. I have read the foregoing Verified Amended Complaint and know the contents thereof, and the same are true and correct to the best of my knowledge. I have reviewed documentation provided to me by Plaintiff and corresponded with Plaintiff's representatives regarding this matter. I am authorized by Plaintiff to make this verification, and the reason for my making it as opposed to an officer or director of Plaintiff is that there are none within the jurisdiction of this Honorable Court.

                                        Michael J. Frevola

Sworn to before me this
19th day of May, 2008

Notary Public

Linda M. Wilkens
Notary Public, State of New York
No. 01WI9672455
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 30, 2010 ____

# 5346093_v1

11

# Exhibit 1

**Gulf Navigation Holding PJSC**

32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

**Agency Division**
**Customer Ageing (Detailed)**
**As of  04/03/2008**

DELFI SA

CURRENCY : U.S. DOLLARS

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | GNF\FUJ\SI\06\454 | 31/10/2006 | 491 | 259.08 | - | - | - | - | - | 259.08 |
| 2 | GNF\FUJ\SI\06\455 | 31/10/2006 | 491 | 1,428.00 | - | - | - | - | - | 1,428.00 |
| 3 | GNF\FUJ\SI\06\456 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 4 | GNF\FUJ\SI\06\457 | 31/10/2006 | 491 | 1,693.06 | - | - | - | - | - | 1,693.06 |
| 5 | GNF\FUJ\SI\06\459 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 6 | GNF\FUJ\SI\06\460 | 31/10/2006 | 491 | 1,922.42 | - | - | - | - | - | 1,922.42 |
| 7 | GNF\FUJ\SI\06\461 | 31/10/2006 | 491 | 680.42 | - | - | - | - | - | 680.42 |
| 8 | GNF\FUJ\SI\06\462 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 9 | GNF\FUJ\SI\06\464 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 10 | GNF\FUJ\SI\06\465 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 11 | GNF\FUJ\SI\06\466 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 12 | GNF\FUJ\SI\06\468 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 13 | GNF\FUJ\SI\06\470 | 31/10/2006 | 491 | 580.00 | - | - | - | - | - | 580.00 |
| 14 | GNF\FUJ\SI\06\477 | 31/10/2006 | 491 | 609.00 | - | - | - | - | - | 609.00 |
| 15 | GNF\FUJ\SI\06\479 | 31/10/2006 | 491 | 709.00 | - | - | - | - | - | 709.00 |
| 16 | GNF\FUJ\SI\06\480 | 31/10/2006 | 491 | 709.00 | - | - | - | - | - | 709.00 |
| 17 | GNF\FUJ\SI\06\481 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 18 | GNF\FUJ\SI\06\482 | 31/10/2006 | 491 | 912.65 | - | - | - | - | - | 912.65 |
| 19 | GNF\FUJ\SI\06\483 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 20 | GNF\FUJ\SI\06\484 | 31/10/2006 | 491 | 1,018.00 | - | - | - | - | - | 1,018.00 |
| 21 | GNF\FUJ\SI\06\485 | 31/10/2006 | 491 | 1,245.96 | - | - | - | - | - | 1,245.96 |
| 22 | GNF\FUJ\SI\06\498 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 23 | GNF\FUJ\SI\06\501 | 31/10/2006 | 491 | 993.04 | - | - | - | - | - | 993.04 |
| 24 | GNF\FUJ\SI\06\503 | 31/10/2006 | 491 | 470.00 | - | - | - | - | - | 470.00 |
| 25 | GNF\FUJ\SI\06\506 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 26 | GNF\FUJ\SI\06\507 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 27 | GNF\FUJ\SI\06\515 | 31/10/2006 | 491 | 509.00 | - | - | - | - | - | 509.00 |
| 28 | GNF\FUJ\SI\06\525 | 30/11/2006 | 461 | 759.00 | - | - | - | - | - | 759.00 |
| 29 | GNF\FUJ\SI\06\529 | 30/11/2006 | 461 | 1,439.00 | - | - | - | - | - | 1,439.00 |
| 30 | GNF\FUJ\SI\06\537 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 31 | GNF\FUJ\SI\06\538 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 32 | GNF\FUJ\SI\06\544 | 30/11/2006 | 461 | 1,572.00 | - | - | - | - | - | 1,572.00 |

**Gulf Navigation Holding PJSC**
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 33 | GNF\FUJ\SI\06\545 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 34 | GNF\FUJ\SI\06\546 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 35 | GNF\FUJ\SI\06\548 | 30/11/2006 | 461 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 36 | GNF\FUJ\SI\06\549 | 30/11/2006 | 461 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 37 | GNF\FUJ\SI\06\564 | 30/11/2006 | 461 | 690.00 | - | - | - | - | - | 690.00 |
| 38 | GNF\FUJ\SI\06\569 | 30/11/2006 | 461 | 1,020.00 | - | - | - | - | - | 1,020.00 |
| 39 | GNF\FUJ\SI\06\578 | 30/11/2006 | 461 | 470.00 | - | - | - | - | - | 470.00 |
| 40 | GNF\FUJ\SI\06\587 | 30/11/2006 | 461 | 759.00 | - | - | - | - | - | 759.00 |
| 41 | GNF\FUJ\SI\06\604 | 28/12/2006 | 433 | 1,184.00 | - | - | - | - | - | 1,184.00 |
| 42 | GNF\FUJ\SI\06\605 | 28/12/2006 | 433 | 1,093.50 | - | - | - | - | - | 1,093.50 |
| 43 | GNF\FUJ\SI\06\615 | 28/12/2006 | 433 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 44 | GNF\FUJ\SI\06\616 | 28/12/2006 | 433 | 609.00 | - | - | - | - | - | 609.00 |
| 45 | GNF\FUJ\SI\06\617 | 28/12/2006 | 433 | 1,259.00 | - | - | - | - | - | 1,259.00 |
| 46 | GNF\FUJ\SI\06\618 | 28/12/2006 | 433 | 509.00 | - | - | - | - | - | 509.00 |
| 47 | GNF\FUJ\SI\06\619 | 28/12/2006 | 433 | 1,133.04 | - | - | - | - | - | 1,133.04 |
| 48 | GNF\FUJ\SI\06\620 | 28/12/2006 | 433 | 509.00 | - | - | - | - | - | 509.00 |
| 49 | GNF\FUJ\SI\06\623 | 28/12/2006 | 433 | 360.00 | - | - | - | - | - | 360.00 |
| 50 | GNF\FUJ\SI\06\630 | 28/12/2006 | 433 | 584.00 | - | - | - | - | - | 584.00 |
| 51 | GNF\FUJ\SI\06\631 | 28/12/2006 | 433 | 1,109.00 | - | - | - | - | - | 1,109.00 |
| 52 | GNF\FUJ\SI\06\632 | 28/12/2006 | 433 | 559.00 | - | - | - | - | - | 559.00 |
| 53 | GNF\FUJ\SI\06\633 | 28/12/2006 | 433.00 | 745.00 | - | - | - | - | - | 745.00 |
| 54 | GNF\FUJ\SI\06\642 | 28/12/2006 | 433.00 | 470.00 | - | - | - | - | - | 470.00 |
| 55 | GNF\FUJ\SI\06\650 | 28/12/2006 | 433.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 56 | GNF\FUJ\SI\06\651 | 28/12/2006 | 433.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 57 | GNF\FUJ\SI\06\654 | 31/12/2006 | 430.00 | 580.00 | - | - | - | - | - | 580.00 |
| 58 | GNF\FUJ\SI\06\655 | 31/12/2006 | 430.00 | 559.00 | - | - | - | - | - | 559.00 |
| 59 | GNF\FUJ\SI\06\656 | 31/12/2006 | 430.00 | 1,159.00 | - | - | - | - | - | 1,159.00 |
| 60 | GNF\FUJ\SI\06\658 | 31/12/2006 | 430.00 | 609.00 | - | - | - | - | - | 609.00 |
| 61 | GNF\FUJ\SI\07\15 | 31/01/2007 | 399.00 | 249.30 | - | - | - | - | - | 249.30 |
| 62 | GNF\FUJ\SI\07\20 | 31/01/2007 | 399.00 | 849.00 | - | - | - | - | - | 849.00 |
| 63 | GNF\FUJ\SI\07\22 | 31/01/2007 | 399.00 | 709.00 | - | - | - | - | - | 709.00 |
| 64 | GNF\FUJ\SI\07\23 | 31/01/2007 | 399.00 | 659.00 | - | - | - | - | - | 659.00 |
| 65 | GNF\FUJ\SI\07\24 | 31/01/2007 | 399.00 | 609.00 | - | - | - | - | - | 609.00 |
| 66 | GNF\FUJ\SI\07\25 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 67 | GNF\FUJ\SI\07\28 | 31/01/2007 | 399.00 | 990.50 | - | - | - | - | - | 990.50 |
| 68 | GNF\FUJ\SI\07\29 | 31/01/2007 | 399.00 | 1,179.00 | - | - | - | - | - | 1,179.00 |
| 69 | GNF\FUJ\SI\07\3 | 31/01/2007 | 399.00 | 580.00 | - | - | - | - | - | 580.00 |

Gulf Navigation Holding PJSC
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|-----|-----------|------|------|---------|------|-------|-------|--------|---------|-----------|
| 70 | GNF\FUJ\SI\07\31 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 71 | GNF\FUJ\SI\07\32 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 72 | GNF\FUJ\SI\07\33 | 31/01/2007 | 399.00 | 612.50 | - | - | - | - | - | 612.50 |
| 73 | GNF\FUJ\SI\07\34 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 74 | GNF\FUJ\SI\07\35 | 31/01/2007 | 399.00 | 509.00 | - | - | - | - | - | 509.00 |
| 75 | GNF\FUJ\SI\07\36 | 31/01/2007 | 399.00 | 734.00 | - | - | - | - | - | 734.00 |
| 76 | GNF\FUJ\SI\07\40 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 77 | GNF\FUJ\SI\07\41 | 31/01/2007 | 399.00 | 1,043.00 | - | - | - | - | - | 1,043.00 |
| 78 | GNF\FUJ\SI\07\47 | 31/01/2007 | 399.00 | 634.00 | - | - | - | - | - | 634.00 |
| 79 | GNF\FUJ\SI\07\48 | 31/01/2007 | 399.00 | 659.00 | - | - | - | - | - | 659.00 |
| 80 | GNF\FUJ\SI\07\52 | 31/01/2007 | 399.00 | 937.50 | - | - | - | - | - | 937.50 |
| 81 | GNF\FUJ\SI\07\67 | 27/02/2007 | 372.00 | 693.50 | - | - | - | - | - | 693.50 |
| 82 | GNF\FUJ\SI\07\88 | 27/02/2007 | 372.00 | 634.00 | - | - | - | - | - | 634.00 |
| 83 | GNF\FUJ\SI\07\111 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 84 | GNF\FUJ\SI\07\113 | 28/02/2007 | 371.00 | 1,032.50 | - | - | - | - | - | 1,032.50 |
| 85 | GNF\FUJ\SI\07\117 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 86 | GNF\FUJ\SI\07\118 | 28/02/2007 | 371.00 | 1,578.00 | - | - | - | - | - | 1,578.00 |
| 87 | GNF\FUJ\SI\07\89 | 28/02/2007 | 371.00 | 784.00 | - | - | - | - | - | 784.00 |
| 88 | GNF\FUJ\SI\07\91 | 28/02/2007 | 371.00 | 684.00 | - | - | - | - | - | 684.00 |
| 89 | GNF\FUJ\SI\07\92 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 90 | GNF\FUJ\SI\07\93 | 28/02/2007 | 371.00 | 684.00 | - | - | - | - | - | 684.00 |
| 91 | GNF\FUJ\SI\07\94 | 28/02/2007 | 371.00 | 634.00 | - | - | - | - | - | 634.00 |
| 92 | GNF\FUJ\SI\07\143 | 31/03/2007 | 340.00 | 1,531.50 | - | - | - | - | - | 1,531.50 |
| 93 | GNF\FUJ\SI\07\144 | 31/03/2007 | 340.00 | 1,212.50 | - | - | - | - | - | 1,212.50 |
| 94 | GNF\FUJ\SI\07\161 | 31/03/2007 | 340.00 | 509.00 | - | - | - | - | - | 509.00 |
| 95 | GNF\FUJ\SI\07\162 | 31/03/2007 | 340.00 | 1,123.08 | - | - | - | - | - | 1,123.08 |
| 96 | GNF\FUJ\SI\07\163 | 31/03/2007 | 340.00 | 1,038.00 | - | - | - | - | - | 1,038.00 |
| 97 | GNF\FUJ\SI\07\198 | 29/04/2007 | 311.00 | 1,672.00 | - | - | - | - | - | 1,672.00 |
| 98 | GNF\FUJ\SI\07\201 | 29/04/2007 | 311.00 | 684.00 | - | - | - | - | - | 684.00 |
| 99 | GNF\FUJ\SI\07\202 | 29/04/2007 | 311.00 | 1,281.00 | - | - | - | - | - | 1,281.00 |
| 100 | GNF\FUJ\SI\07\218 | 29/04/2007 | 311.00 | 1,193.00 | - | - | - | - | - | 1,193.00 |
| 101 | GNF\FUJ\SI\07\224 | 30/04/2007 | 310.00 | 2,779.50 | - | - | - | - | - | 2,779.50 |
| 102 | GNF\FUJ\SI\07\226 | 30/04/2007 | 310.00 | 1,193.00 | - | - | - | - | - | 1,193.00 |
| 103 | GNF\FUJ\SI\07\228 | 30/04/2007 | 310.00 | 634.00 | - | - | - | - | - | 634.00 |
| 104 | GNF\FUJ\SI\07\266 | 28/05/2007 | 282.00 | 634.00 | - | - | - | - | - | 634.00 |
| 105 | GNF\FUJ\SI\07\280 | 31/05/2007 | 279.00 | 634.00 | - | - | - | - | - | 634.00 |
| 106 | GNF\FUJ\SI\07\291 | 31/05/2007 | 279.00 | 1,596.00 | - | - | - | - | - | 1,596.00 |

Gulf Navigation Holding PJSC
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 107 | GNF\FUJ\SI\07\292 | 31/05/2007 | 279.00 | 509.00 | - | - | - | - | - | 509.00 |
| 108 | GNF\FUJ\SI\07\313 | 26/06/2007 | 253.00 | 529.00 | - | - | - | - | - | 529.00 |
| 109 | GNF\FUJ\SI\07\314 | 26/06/2007 | 253.00 | 833.50 | - | - | - | - | - | 833.50 |
| 110 | GNF\FUJ\SI\07\355 | 30/06/2007 | 249.00 | 609.00 | - | - | - | - | - | 609.00 |
| 111 | GNF\FUJ\SI\07\356 | 30/06/2007 | 249.00 | 609.00 | - | - | - | - | - | 609.00 |
| 112 | GNF\FUJ\SI\07\357 | 30/06/2007 | 249.00 | 1,058.00 | - | - | - | - | - | 1,058.00 |
| 113 | GNF\FUJ\SI\07\359 | 30/06/2007 | 249.00 | 2,645.00 | - | - | - | - | - | 2,645.00 |
| 114 | GNF\FUJ\SI\07\369 | 30/06/2007 | 249.00 | 634.00 | - | - | - | - | - | 634.00 |
| 115 | GNF\FUJ\SI\07\370 | 30/06/2007 | 249.00 | 653.00 | - | - | - | - | - | 653.00 |
| 116 | GNF\FUJ\SI\07\379 | 24/07/2007 | 225.00 | 1,587.00 | - | - | - | - | - | 1,587.00 |
| 117 | GNF\FUJ\SI\07\380 | 24/07/2007 | 225.00 | 509.00 | - | - | - | - | - | 509.00 |
| 118 | GNF\FUJ\SI\07\467 | 8/8/2007 | 210.00 | 500.00 | - | - | - | - | - | 500.00 |
| 119 | GNF\FUJ\SI\07\468 | 8/8/2007 | 210.00 | 543.50 | - | - | - | - | - | 543.50 |
| 120 | GNF\FUJ\SI\07\470 | 8/8/2007 | 210.00 | 1,052.50 | - | - | - | - | - | 1,052.50 |
| 121 | GNF\FUJ\SI\07\471 | 8/8/2007 | 210.00 | 1,018.00 | - | - | - | - | - | 1,018.00 |
| 122 | GNF\FUJ\SI\07\472 | 8/8/2007 | 210.00 | 640.97 | - | - | - | - | - | 640.97 |
| 123 | GNF\FUJ\SI\07\473 | 8/8/2007 | 210.00 | 400.00 | - | - | - | - | - | 400.00 |
| 124 | GNF\FUJ\SI\07\487 | 28/08/2007 | 190.00 | 689.33 | - | - | - | - | - | 689.33 |
| 125 | GNF\FUJ\SI\07\489 | 28/08/2007 | 190.00 | 2,056.00 | - | - | - | - | - | 2,056.00 |
| 126 | GNF\FUJ\SI\07\490 | 28/08/2007 | 190.00 | 4,053.32 | - | - | - | - | - | 4,053.32 |
| 127 | GNF\FUJ\SI\07\491 | 28/08/2007 | 190.00 | 563.50 | - | - | - | - | - | 563.50 |
| 128 | GNF\FUJ\SI\07\492 | 28/08/2007 | 190.00 | 584.00 | - | - | - | - | - | 584.00 |
| 129 | GNF\FUJ\SI\07\494 | 28/08/2007 | 190.00 | 400.00 | - | - | - | - | - | 400.00 |
| 130 | GNF\FUJ\SI\07\543 | 9/9/2007 | 178.00 | 4,818.08 | - | - | - | - | - | 4,818.08 |
| 131 | GNF\FUJ\SI\07\614 | 30/09/2007 | 157.00 | 1,701.68 | - | - | - | - | - | 1,701.68 |
| 132 | GNF\FUJ\SI\07\615 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 133 | GNF\FUJ\SI\07\616 | 30/09/2007 | 157.00 | 578.00 | - | - | - | - | - | 578.00 |
| 134 | GNF\FUJ\SI\07\617 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 135 | GNF\FUJ\SI\07\618 | 30/09/2007 | 157.00 | 3,175.33 | - | - | - | - | - | 3,175.33 |
| 136 | GNF\FUJ\SI\07\619 | 30/09/2007 | 157.00 | 529.00 | - | - | - | - | - | 529.00 |
| 137 | GNF\KFK\SI\07\249 | 30/09/2007 | 157.00 | 2,268.97 | - | - | - | - | - | 2,268.97 |
| 138 | GNF\KFK\SI\07\251 | 30/09/2007 | 157.00 | 4,207.79 | - | - | - | - | - | 4,207.79 |
| 139 | GNF\KFK\SI\07\252 | 30/09/2007 | 157.00 | 2,599.93 | - | - | - | - | - | 2,599.93 |
| 140 | GNF\KFK\SI\07\253 | 30/09/2007 | 157.00 | 509.00 | - | - | - | - | - | 509.00 |
| 141 | GNF\KFK\SI\07\254 | 30/09/2007 | 157.00 | 1,970.93 | - | - | - | - | - | 1,970.93 |
| 142 | GNF\KFK\SI\07\255 | 30/09/2007 | 157.00 | 3,699.79 | - | - | - | - | - | 3,699.79 |
| 143 | GNF\KFK\SI\07\256 | 30/09/2007 | 157.00 | 2,330.76 | - | - | - | - | - | 2,330.76 |

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|---|---|---|---|---|---|---|---|---|---|---|
| 144 | GNF\KFK\SI\07\258 | 30/09/2007 | 157.00 | 632.83 | - | - | - | - | - | 632.83 |
| 145 | GNF\KFK\SI\07\293 | 29/10/2007 | 128.00 | 2,207.67 | - | - | - | - | 2,207.67 | - |
| 146 | GNF\KFK\SI\07\297 | 29/10/2007 | 128.00 | 3,704.97 | - | - | - | - | 3,704.97 | - |
| 147 | GNF\KFK\SI\07\306 | 13/11/2007 | 113.00 | 1,018.00 | - | - | - | 1,018.00 | - | - |
| 148 | GNF\KFK\SI\07\307 | 13/11/2007 | 113.00 | 140.00 | - | - | - | 140.00 | - | - |
| 149 | GNF\KFK\SI\07\342 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 150 | GNF\KFK\SI\07\343 | 30/11/2007 | 96.00 | 723.50 | - | - | - | 723.50 | - | - |
| 151 | GNF\KFK\SI\07\344 | 30/11/2007 | 96.00 | 140.00 | - | - | - | 140.00 | - | - |
| 152 | GNF\KFK\SI\07\345 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 153 | GNF\KFK\SI\07\346 | 30/11/2007 | 96.00 | 2,343.76 | - | - | - | 2,343.76 | - | - |
| 154 | GNF\KFK\SI\07\347 | 30/11/2007 | 96.00 | 509.00 | - | - | - | 509.00 | - | - |
| 155 | GNF\KFK\SI\07\356 | 12/12/2007 | 84.00 | 1,038.00 | - | - | 1,038.00 | - | - | - |
| 156 | GNF\KFK\SI\07\362 | 23/12/2007 | 73.00 | 1,870.44 | - | - | 1,870.44 | - | - | - |
| 157 | GNF\KFK\SI\07\363 | 23/12/2007 | 73.00 | 649.00 | - | - | 649.00 | - | - | - |
| 158 | GNF\KFK\SI\07\365 | 23/12/2007 | 73.00 | 1,009.00 | - | - | 1,009.00 | - | - | - |
| 159 | GNF\KFK\SI\07\368 | 23/12/2007 | 73.00 | 509.00 | - | - | 509.00 | - | - | - |
| | **Grand Total** | | | **159,297.60** | **-** | **-** | **5,075.44** | **5,892.26** | **5,912.64** | **142,417.26** |

**Gulf Navigation Holding PJSC**
32d Floor Saba Tower 1, #3201, JUmeirah Lakes Towers
Sheik Zayed Road, PO Box 49651, Dubai, United Arab Emirates
Tel: +971 4 427 0104, Fax: +971 4 472 0102, Website : www.gulfnav.com

**Agency Division**
**Customer Ageing (Detailed)**
**As of  04/03/2008**

Imperial Marine Services

CURRENCY : U.S. DOLLARS

| Sl# | Voucher No | Date | Days | Balance | 0-30 | 31-60 | 61-90 | 91-120 | 121-150 | Above 151 |
|-----|-----------|------|------|---------|------|-------|-------|--------|---------|-----------|
| 1 | GNF\FUJ\SI\06\385 | 28/09/2006 | 524 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.01 |
| 2 | GNF\FUJ\SI\06\439 | 30/09/2006 | 522 | 594.26 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 594.26 |
| 3 | GNF\FUJ\SI\06\571 | 30/11/2006 | 461 | 457.65 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 457.65 |
| 4 | GNF\FUJ\SI\06\572 | 30/11/2006 | 461 | 437.16 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 437.16 |
| 5 | GNF\FUJ\SI\07\387 | 24/07/2007 | 225 | 3445.09 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3445.09 |
| | **Grand Total** | | | **4934.17** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **4934.17** |