Michael J. Frevola
Christopher R. Nolan
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2-/08
```

ATTORNEYS FOR PLAINTIFF
GULF NAVIGATION HOLDING PJSC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GULF NAVIGATION HOLDING PJSC

　　　　　Plaintiffs,

　　-against-

DELFI S.A., IMPERIAL MARINE SERVICES, INTERNATIONAL MARINE SERVICES S.A. a/k/a IMS S.A., IMS GROUP, IMS OIL TRADING LTD., IMS CHARTERING, IMS BROKERING, IMS SHIP MANAGEMENT, IMS MANAGEMENT, STOLSHIP NAVIGATION CO. LTD., PRESTIGE MARITIME CORP., RAMOS ENTERPRISES LTD., EASY BIZ INVESTMENTS INC., GLORY NAVIGATION S.A., SETH TRADING, MELINDA HOLDINGS S.A., SKAWHEGAN ENTERPRISES INC., VINEHALL INVESTMENTS CO., and WHITE PEARL HOLDING S.A.,

　　　　　Defendants.

08 Civ. 3621 (DC)

**ORDER APPOINTING PERSON TO SERVE PROCESS**

---

**UPON** application of Plaintiff Gulf Navigation Holding PJSC for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment,

Summons, Verified Amended Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not a party to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Wllis Vargas and Rapid and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein.

Dated:   New York, New York
         May 19, 2008

                                        SO ORDERED

                                        _____
                                                U.S.D.J.

# 5347501_v1